BANK OF HILLSBORO *v.* SWINDLE, administrator, *et al.*

HINES, J. There is no complaint that the trial judge committed any error of law, except in his judgment overruling the motion for new trial of the plaintiff in error; and the errors assigned on this judgment are, (1) that the court erred in an instruction to the jury, because not authorized by the evidence; and (2) the verdict on this issue against the plaintiff in error is not supported by the proof. After a very careful consideration of the evidence, we are of the opinion that the court was authorized, under the facts, to give this instruction; and we think there is evidence to support the verdict, which has been approved by the trial judge. We can not say he abused his discretion in refusing to grant a new trial.

*Judgment affirmed. All the Justices concur.*
No. 3222. FEBRUARY 14, 1923.

Equitable petition. Before Judge R. C. Bell. Mitchell superior court. April 18, 1922.

*Greene F. Johnson,* for plaintiff in error.

*Gardner & Gardner, E. E. Cox,* and *E. M. Davis,* contra.